Brian M. Grossman (SBN 16681)
Bethany R. Burrill (SBN 294088)
Tesser Grossman LLP
11990 San Vicente Blvd., Suite 300
Los Angeles, CA 90049

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ADRIAN COMSTOCK, an individual; COMSTOCK REALTY PARTNERS, LLC, a Delaware limited liability company; COMSTOCK REALTY PARTNERS I, LLC, a Delaware limited liability company<br>                                Plaintiff(s),<br>v.<br>PENWOOD REAL ESTATE INVESTMENT MANAGEMENT, LLC, a Connecticut limited liability company. "See Attachment #1"<br>                                Defendant(s). | CASE NUMBER<br>8:21-cv-958-JVS-KES<br><br><br>NOTICE OF DISMISSAL PURSUANT TO FEDERAL RULES OF CIVIL PROCEDURE 41(a) or (c) |

PLEASE TAKE NOTICE: (*Check one*)

☑ This action is dismissed by the Plaintiff(s) in its entirety.

☐ The Counterclaim brought by Claimant(s) _____ is dismissed by Claimant(s) in its entirety.

☐ The Cross-Claim brought by Claimants(s) _____ is dismissed by the Claimant(s) in its entirety.

☐ The Third-party Claim brought by Claimant(s) _____ is dismissed by the Claimant(s) in its entirety.

☐ **ONLY** Defendant(s) _____
is/are dismissed from (*check one*) ☐ Complaint, ☐ Counterclaim, ☐ Cross-claim, ☐ Third-Party Claim brought by _____.

The dismissal is made pursuant to F.R.Civ.P. 41(a) or (c).

August 2, 2021                              [signature]
_____                       _____
      *Date*                          *Signature of Attorney/Party*

NOTE:  **F.R.Civ.P. 41(a):** *This notice may be filed at any time before service by the adverse party of an answer or of a motion for summary judgment, whichever first occurs.*

**F.R.Civ.P. 41(c):** *Counterclaims, cross-claims & third-party claims may be dismissed before service of a responsive pleading or prior to the beginning of trial.*

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

Adrian Comstock, et al.

v.

Penwood Real Estate Investment Management, LLC, et al.

8:21-cv-00958-JVS (KES)

ATTACHMENT #1 TO NOTICE OF DISMISSAL

**DEFENDANTS:**

PENWOOD SELECT INDUSTRIAL PARTNERS IV, L.P.,
a Delaware limited partnership;

WESTERN REALCO, LLC,
a California limited liability company;

BASTIEN AND ASSOCIATES INCORPORATED.,
a California Corporation;

and DOES 1 through 50, inclusive.